[No. 60695-6-I.   Division One.   October 6, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. HAU MINH TRAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-10729-9, Gregory P. Canova, J., entered September 14, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 61031-7-I.   Division One.   October 6, 2008.]

MARY JO RICE, *Individually and as Personal Representative, Respondent*, v. BRUCE W. KUMBERA, *Individually and as Personal Representative*, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 07-2-08530-1, Brian D. Gain, J., entered November 28, 2007. *Affirmed* by unpublished opinion per Lau, J., concurred in by Dwyer, A.C.J., and Cox, J.

[No. 61190-9-I.   Division One.   October 6, 2008.]

MELISSA SOMERVILLE, *Appellant*, v. THE CITY OF MOUNTLAKE TERRACE ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 06-2-13964-0, Catherine D. Shaffer, J., entered January 4, 2008. *Affirmed* by unpublished opinion per Cox, J., concurred in by Dwyer, A.C.J., and Lau, J.

[No. 36856-1-II.   Division Two.   October 7, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. JERAMY ADAM LOFSTROM, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 07-1-00012-1, Christine A. Pomeroy, J., entered September 20, 2007. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Penoyar, A.C.J., and Quinn-Brintnall, J.